UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRUSTEES OF THE INDIANA TEAMSTERS HEALTH BENEFITS PLAN, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 1:24-cv-00524-JPH-KMB |
| INDY DIRT WERKS, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT, AND SETTING ASIDE CLERK'S ENTRY OF DEFAULT

Presently pending before the Court is the Plaintiffs' Motion for Leave to File an Amended Complaint. [Dkt. 17.] This motion is **GRANTED**. The Plaintiffs shall refile the proposed amended complaint as the Amended Complaint within **seven (7) days of the issuance of this Order**. Because the Amended Complaint completely supersedes the original Complaint, the Plaintiffs' pending Motion for Default Judgment, [dkt. 17], is **DENIED AS MOOT**, and the **CLERK SHALL** set aside the previously entered Clerk's Entry of Default with regard to Defendant Indy Dirt Werks, LLC, [dkt. 12].

### I. BACKGROUND

The Plaintiffs are the Trustees of four Indiana Teamsters benefit funds (a health benefits fund, a pension fund, a defined contribution fund, and a safety training and educational trust fund). The Complaint names Indy Dirt Werks, LLC ("Dirt Werks") as the sole Defendant and alleges that Dirt Werks failed to submit monthly reports and contributions to these benefit funds as required under ERISA and the Parties' collective bargaining agreement. [Dkt. 1.] When Dirt Werks failed to answer or respond to the Complaint, the Plaintiffs moved for a Clerk's Entry of Default, which

was granted. [Dkts. 11; 12.] The Plaintiffs later filed a Motion for Default Judgment as to liability against Dirt Werks, which remains pending. [Dkt. 13.]

In the Motion for Leave to File an Amended Complaint and their accompanying brief, the Plaintiffs seek to add IDW LLC ("IDW") as a Defendant. [Dkts. 17; 18.] They "believe that [Dirt Werks and IDW] operate as a single employer or alter ego of each other" and that amending the complaint "will avoid the necessity of a separate lawsuit against IDW [] based on the same common nucleus of operative facts." [Dkt. 18 at 2.]

## II. LEGAL STANDARD

"A party may amend its pleading once as a matter of course no later than: 21 days after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

## III. DISCUSSION

As set forth in the preceding section, the Plaintiffs may amend the Complaint once as a matter of course within 21 days after service of Dirt Werks' answer or motion under Rule 12(b), (e), or (f). Fed. R. Civ. P. 15(a)(1). Because Dirt Werks has neither filed an answer nor a 12(b), (e), or (f) motion and the Court shall freely give leave to amend when justice so requires, the Plaintiffs' request to file a first amended complaint is **GRANTED**. The Plaintiffs shall refile their proposed amended complaint as the Amended Complaint **within seven (7) days of the issuance of this Order**.

It is well-established that an amended complaint completely replaces and supersedes the original. *Pacific Bell Telephone Co. v. linkLine Communications, Inc.*, 555 U.S. 438, 456 n.4 (2009); *Burton v. Ghosh*, 961 F.3d 960, 967 (7th Cir. 2020). For this reason, an amended complaint renders moot a motion for default judgment and a clerk's entry of default based on a defendant's failure to answer or respond to a superseded complaint. *See MHF Opco, LLC v. Drexler*, 2024 WL 2924230 (W.D. Wis. June 10, 2024) (collecting cases); *Gonzalez Leiva v. Clute*, 2020 WL (N.D. Ind. March 4, 2020); *North American Van Lines, Inc.*, 2020 WL 703178 (N.D. Ind. Feb. 10, 2020); *Warren v. Green Tree Servicing, LLC*, 663 F. App'x 703, 710 (10th Cir. 2016). Accordingly, the Plaintiffs' Motion for Default Judgment, [dkt. 13], is **DENIED AS MOOT**, and the **CLERK SHALL** vacate the previously entered Clerk's Entry of Default with regard to Defendant Indy Dirt Werks, LLC, [dkt. 12].

## IV. CONCLUSION

For the reasons stated above, the Plaintiffs' Motion for Leave to File an Amended Complaint is **GRANTED**. [Dkt. 17.] The Plaintiffs shall refile the proposed amended complaint as the Amended Complaint **within seven (7) days of the issuance of this Order** and promptly serve copies of the Amended Complaint on all of the Defendants in accordance with the Federal Rules of Civil Procedure. The Plaintiffs' Motion for Default Judgment is **DENIED AS MOOT**. [Dkt. 13.] The **CLERK SHALL** vacate the previously entered Clerk's Entry of Default with regard to Defendant Indy Dirt Werks, LLC.

**So ORDERED**.

Date: 8/6/2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email